IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MICHAEL PERRYMAN, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-709-RAH |
| | ) |
| SONJA PRITCHETT, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 5, 2021, the Magistrate Judge entered a Recommendation (Doc. #19) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice for Plaintiff's failure to comply with an order of this court and because Defendant is not liable for the alleged unconstitutional acts of her subordinates or co-workers on the basis of respondeat superior or vicarious liability;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE, on this the 25th day of May, 2021.

                                                       /s/ R. Austin Huffaker, Jr.
                                           R. AUSTIN HUFFAKER, JR.
                                           UNITED STATES DISTRICT JUDGE